# **EXHIBIT A**

# Publishers Clearing House Merchandise Buyers Mailing List

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of quality merchandise at affordable prices.

[ Get Count ] [ Get Pricing ] [ Get More Information ]

| SEGMENTS | | COUNTS THROUGH 09/30/2021 | |
|---|---|---|---|
| 3,326,639 | TOTAL UNIVERSE / BASE RATE | | $100.00/M |
| 650,000 | AVG. MONTHLY HOTLINE BUYERS | | + $15.00/M |
| 1,288,274 | QUARTERLY HOTLINE BUYERS | | + $10.00/M |
| 40,000 | MONTHLY CHANGE OF ADDRESS | | + $15.00/M |

### DESCRIPTION

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of quality merchandise at affordable prices. They are buyers of books, music, videos, collectibles, audio, jewelry, horticultural items, books, videos and more. These buyers are generated from PCH's sweepstakes mailings and are ideal prospects for general merchandise; publishing; fundraising; credit card; home and garden; children; music and book clubs; health; beauty; sports; travel; inspirational; gifts; and collectible offers.

PROFILE/DEMOGRAPHICS:

Buyers of a wide variety of general merchandise.

100% direct mail sweepstakes generated!

Selectable by New to file, Multibuyers, COA's, Paid and Dollar Amount ($0-$20; $20+; $30+; $40+).

Selectable by Product Category:

- Book/Video/Music
- Children's
- Collectibles

| | |
|---|---|
| POPULARITY: | ▪▪▪▪▪ 100 |
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNWN |
| DMA?: | YES – MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 70% FEMALE 30% MALE |

| SELECTS | |
|---|---|
| $1- $20 | $10.00/M |
| COA'S | |
| DOLLAR AMOUNT | |
| KEYING | $2.00/M |
| MULTI-BUYERS/NEW TO FILE | $10.00/M |
| OVER $20 | $20.00/M |
| PAID | $10.00/M |
| PRODUCT CATEGORY | $10.00/M |
| QUARTERLY HOTLINE | $10.00/M |
| RUNNING CHARGES | $10.00/M |
| STATE/SCF/GENDER | $5.00/M |
| ZIP | $10.00/M |
| ZIP +4 | $3.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| SECURE FTP | $50.00/F |

### RELATED LISTS

- I-BEHAVIOR DATABASE
- PROFILE AMERICA POSTAL AND EMAIL MASTERFILE
- SEMPRIS PROVEN PROGRAMS MASTERFILE
- CAROL WRIGHT GIFTS CATALOG BUYERS
- PARALYZED VETERANS OF AMERICA PREMIUM DONOR MASTERFILE
- AMERIMARK ENHANCED MASTERFILE
- ALLIANT DIRECT AUDIENCES - MASTERFILE
- AMERILINK CONSUMER DATABASE
- TELEBRANDS HOUSE WARES AND